## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

`CLOSED`

**United States of America**

v.

**Victor Gadea-Garcia**

Citizen of Mexico

USM#: 74145208        DOB: 1980

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

No. 08-15139-001M-SD

Juan Rocha (AFPD)
Attorney for Defendant

ICE#: A78 537 283

**THE DEFENDANT ENTERED A PLEA OF** guilty on 1/22/2008 to Count TWO of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count TWO of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of TWENTY-FIVE (25) DAYS on Count TWO, with credit for time served.

**IT IS FURTHER ORDERED** that all remaining counts are dismissed on motion of the United States.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $Remitted        **FINE:** $        **RESTITUTION:** $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count TWO of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

**08-15139-001M-SD**  Page 2 of 2
USA vs. Victor Gadea-Garcia

Date of Imposition of Sentence: **Tuesday, January 22, 2008**

_____ Date 1/22/2008 _____
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____   By:_____
United States Marshal                    Deputy Marshal
08-15139-001M-SD -

UNITED STATES DISTRICT COURT　　　　　　　　　　　　　　　MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: 1/22/2008　　　　　CASE NUMBER: 08-15139-001M-SD

**PLEA/SENTENCING MINUTES**
USA vs. Victor Gadea-Garcia

U.S. MAGISTRATE JUDGE: JAY R. IRWIN   Judge #: 70BK
U.S. Attorney _____   INTERPRETER REQ'D  Marcia Resler
　　　　　　　　　　　　　　　　　　　　　　　　　　LANGUAGE: Spanish
Attorney for Defendant  Juan Rocha (AFPD)

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☒ CUSTODY

DOA 1/20/08　　　　　　☒ Complaint Filed　　　　☒ Appointment of counsel hearing held
☐ Financial Afdvt taken　☒ No Financial Afdvt taken　☐ Financial Afdvt sealed
☒ Initial Appearance

**DETENTION HEARING:**　☐ Held  ☐ Cont'd  ☐ Reset  ☐ UA
Set for:　before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)　☐ Bail set at $_____
☐ Defendant continued detained pending trial　☐ Flight Risk　☐ Danger

**PLEA HEARING:**　☒ Held  ☐ Cont'd  ☐ Reset
Set for:　before:
☐ Consent to be tried by a Magistrate Judge signed  ☐ Class A Misd  ☐ Class B Misd  ☐ Class C Misd
☐ Consent of Defendant  ☐ Information filed _____  ☐ Complaint filed _____
☒ Defendant sworn and examined by the Court  ☒ Plea of Guilty  ☐ Not Guilty  ☒ Entered to Counts TWO
☐ Defendant states true name to be ____. Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Ct(s) TWO   of the ☐ Information ☐ Indictment ☒ Complaint
☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐ Lodged ☐ Filed ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED  ☐ EXPEDITED  ☒ PSI waived  ☐ Time waived for passage of sentence
☐ Continued for sentence to __ before _____
☒ To be dismissed upon entry of the judgment, Ct(s) ONE
☒ ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence  ☒ remanded to USM

**SENTENCING:**
☒ Defendant committed to Bureau of Prisons for a period of TWENTY-FIVE (25) DAYS  ☐ Probation/Supervised Release for _____

☒ Special Assessment $ REMITTED　　☐ Fine $_____　☐ Restitution $_____

Other: _____

RECORDED: CS
BY: Jocelyn M. Arviso, Deputy Clerk

1/20

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Victor GADEA-Garcia
Citizen of Mexico
YOB: 1980
A78 537 283
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 08 - 15139 M·SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about March 19, 2003, Defendant Victor GADEA-Garcia was arrested and removed from the United States to Mexico through the port of Nogales, Arizona, in pursuance of law, and thereafter on or about January 20, 2008, Defendant was found in the United States near Blythe, California within the Southern District of California, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326 (Felony).

### COUNT II

That on or about May 18, 2004, within the Southern District of California, Defendant Victor GADEA-Garcia, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers; in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.    ☒ Yes  ☐ No

Signature of Complainant
Joseluis Reynoso
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

January 22, 2008                    at           Yuma, Arizona
Date                                                City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer            Signature of Judicial Officer

*Probable Cause Statement*

I, Senior Patrol Agent Joseluis Reynoso, declare under penalty of perjury, the following is true and correct:

## STATEMENT OF FACTUAL BASIS

Defendant:            Victor GADEA-Garcia

Dependents:          1 USC

**IMMIGRATION HISTORY:**   The Defendant was last removed through Nogales, Arizona on March 19, 2003. The Defendant has been apprehended eight times by the U.S. Border Patrol.

**CRIMINAL HISTORY:**

| **DATE/LOCATION** | **OFFENSE** | **DISPOSITION** |
|---|---|---|
| 09/26/03  San Diego California Sheriff's Office | Disorderly Conduct- Prostitution | Unknown |

Narrative:    The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Blythe, California.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Blythe station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Tecate, California on May 18, 2004.

Executed on: Date  January 21, 2008          Time:  8:39 A.M.

Signed: _____  Senior Patrol Agent

### Finding of Probable Cause

On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of one page(s), I find probable cause to believe that the defendant(s) named therein committed the offense on May 18, 2004 in violation of Title 8, United States Code, Section(s) 1326 and 1325.

Finding made on: Date  January 21, 2008    Time  11:00 AM

Signed: _____  United States Magistrate Judge

## STATEMENT OF FACTUAL BASIS

Defendant:              Victor GADEA-Garcia

Dependents:             1 USC

**IMMIGRATION HISTORY:**   The Defendant was last removed through Nogales, Arizona on March 19, 2003. The Defendant has been apprehended eight times by the U.S. Border Patrol.

**CRIMINAL HISTORY:**

| DATE/LOCATION | OFFENSE | DISPOSITION |
|---|---|---|
| 09/26/03 San Diego California Sheriff's Office | Disorderly Conduct-Prostitution | Unknown |

Narrative:    The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Blythe, California.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Tecate, California on May 18, 2004.

Charges:    8 USC§1326        (Felony)
            8 USC§1325        (Misdemeanor)

Signature of Complainant

Sworn to before me and subscribed in my presence,

January 22, 2008
Date                                Signature of Judicial Officer